No. 78–247. MANATEE CABLEVISION CORP. v. FLORIDA POWER & LIGHT Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–5143. SEIDENBERG v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 78–5159. MOORE v. GEORGIA. Sup. Ct. Ga.; and

No. 78–5240. HUGHES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 78–5159, 240 Ga. 807, 243 S. E. 2d 1; No. 78–5240, 562 S. W. 2d 857.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 77–555. BUCK v. BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL., 438 U. S. 904. Petition for rehearing denied.

No. 77–6569. GONZALEZ v. UNITED STATES ET AL., 436 U. S. 960. Motion for leave to file petition for rehearing denied.

OCTOBER 13, 1978

No. A–322. COBERLY ET AL. v. McCARTNEY ET AL. Sup. Ct. App. W. Va. Application for stay, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.